THE HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| INNERSEA DISCOVERIES, LLC, d/b/a UNCRUISE ADVENTURES,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>KIRSTEN MARIE BROTHERS,<br><br>　　　　　　　Defendant. | IN ADMIRALTY<br><br>NO. 2:23-cv-01995-BJR<br><br>ORDER FOR DISMISSAL WITHOUT PREJUDICE |

THIS MATTER having come before the Court upon the motion of Plaintiff for entry of dismissal order, now, therefore, it is hereby:

ORDERED, ADJUDGED AND DECREED that this case be dismissed without prejudice and without costs.

DONE this 27th day of March 2024.

_____
Barbara Jacobs Rothstein
U.S. District Court Judge